| | |
|---|---|
| United States of America, | Criminal No. 17-20184 |
| Plaintiff, | Honorable Judith E. Levy |
| v. | |
| D-3 Andre Chattam, | |
| Defendant. | |

## Government's Sentencing Memorandum

**I.   Introduction**

Defendant Andre Chattam pleaded guilty to RICO conspiracy because he is a long-time member of one of Detroit's most violent gangs—Young and Scandalous or YNS. YNS has terrorized the beleaguered Brightmoor neighborhood for years. The gang victimized the poor and vulnerable people of Brightmoor to extract money and status for themselves. Chattam made social media posts bragging about the criminal enterprise of violence, drugs, and money. He admitted to this Court that he sold drugs and was involved in two YNS shootings—one as a shooter and the other as a getaway driver where another gang member murdered a man during an armed robbery.

The Court should sentence Chattam to reflect the real damage he caused to YNS's victims and the community.

1

## II. Facts

YNS dominated Brightmoor by purposefully developing a reputation for ruthless violence so they could sell drugs. The indictment sketches many of their violent acts, and Chattam admitted to some of the most dangerous before this Court. He used also social media to promote the gang's crimes.

### *Chattam—shooter, getaway driver*

Chattam has held a position in YNS since 2009. (Rule 11, ¶ 1.C). His role in the enterprise included regularly selling drugs with other YNS members throughout the entire course of the conspiracy. (*Id.*). Chattam trumpeted his membership on social media with the names "bigman.yns" and "realbigman." He posted this photo exclaiming his YNS membership.



Early on, in 2010, police arrested Chattam with a loaded .357 and Wayne County convicted him for attempt carrying a concealed weapon. (PSR ¶ 55). On May 5, 2010, Detroit police officers responded to a call of person with weapon firing shots on Fenkell and Westbrook Streets in Brightmoor. (*Id.*). When officers arrived, they observed a large group of people standing in the street blocking traffic. (*Id.*). When the officers approached the group, they saw Chattam standing by a vehicle. (*Id.*). Chattam took a .357 caliber handgun loaded with five live rounds and dropped it on the ground. (*Id.*).

YNS members like Chattam also regularly committed robberies in order to obtain money and property. (*Id.*). Members and associates often committed such robberies while armed, but sometimes would commit unarmed robberies that involved beating their victims. (*Id.*). YNS members and associates would sometimes rob their victims in public. (*Id.*). One example is August 22, 2013, when Chattam and two other YNS members, Sontez Wells and Kevin Pearson, were driving in a car. Wells and Pearson left the vehicle and attempted to rob a man at a gas station adjacent to Brightmoor. During this robbery, Wells shot and killed the man while Pearson was assisting in the robbery. After Wells and Pearson returned to the car, Chattam acted as the getaway driver. This murder did not deter Chattam from later shootings or guns. Around the same time in 2013, Wells posted this photo to social media of himself, Chattam, and Pearson, all throwing gang signs and Chattam making a trigger finger.



This was not Chattam's only interest in armed robbery. Here Chattam's facebook chat discussing his plan in 2015 for an armed robbery ("hit a lick") of a known victim.



4

```
Recipients  BrightMo Ant (100007388552119)
            Real Bigman (100000197430197)
     Author Real Bigman (100000197430197)
       Sent 2015-03-09 00:26:34 UTC
         IP 99.137.11.54
    Deleted false
       Body Where ███ at I can go get dat when u pull up

Recipients  Real Bigman (100000197430197)
            BrightMo Ant (100007388552119)
     Author BrightMo Ant (100007388552119)
       Sent 2015-03-09 00:28:08 UTC
         IP 2607:fb90:128:3737:0:21:24af:b401
    Deleted false
       Body Give me a hour when ███ brig my car you got to hit ███ doe and we keep it between us

Recipients  Real Bigman (100000197430197)
            BrightMo Ant (100007388552119)
     Author BrightMo Ant (100007388552119)
       Sent 2015-03-09 00:28:18 UTC
         IP 2607:fb90:128:3737:0:21:24af:b401
    Deleted false
       Body Love my nigga to

Recipients  BrightMo Ant (100007388552119)
            Real Bigman (100000197430197)
     Author Real Bigman (100000197430197)
       Sent 2015-03-09 00:31:11 UTC
         IP 99.137.11.54
    Deleted false
       Body Where we go to go and how much is it if I for to hit her ant u getting da car at 9

Recipients  Real Bigman (100000197430197)
            BrightMo Ant (100007388552119)
     Author BrightMo Ant (100007388552119)
       Sent 2015-03-09 00:33:46 UTC
         IP 2607:fb90:128:3737:0:21:24af:b401
    Deleted false
       Body Yeah then I am out a couple dollars 500

Recipients  BrightMo Ant (100007388552119)
            Real Bigman (100000197430197)
     Author Real Bigman (100000197430197)
       Sent 2015-03-09 00:35:22 UTC
         IP 99.137.11.54
    Deleted false
```

```
       Body Ok lets get it im all in

Recipients  BrightMo Ant (100007388552119)
            Real Bigman (100000197430197)
     Author Real Bigman (100000197430197)
       Sent 2015-03-09 00:35:39 UTC
         IP 99.137.11.54
    Deleted false
       Body Where ███

Recipients  Real Bigman (100000197430197)
            BrightMo Ant (100007388552119)
     Author BrightMo Ant (100007388552119)
       Sent 2015-03-09 00:50:02 UTC
         IP 2607:fb90:128:3737:0:21:24af:b401
    Deleted false
       Body Crib

Recipients  BrightMo Ant (100007388552119)
            Real Bigman (100000197430197)
     Author Real Bigman (100000197430197)
       Sent 2015-03-09 00:50:53 UTC
         IP 99.137.11.54
    Deleted false
       Body Fasho don't b on some bs bro we got to go far to do dat

Recipients  Real Bigman (100000197430197)
            BrightMo Ant (100007388552119)
     Author BrightMo Ant (100007388552119)
       Sent 2015-03-09 01:27:44 UTC
         IP 208.54.38.224
    Deleted false
       Body I got you
```

Chattam posted several photos of him holding guns, or with other YNS gang members with guns.

Here is Chattam with Pearson and convicted murderer and YNS gang member Kyle Kelly (left with gun) in a 2014 photo.



Here are three photos Chattam posted in February and March 2016.



Later that month, on March 27, 2016, Chattam and other YNS members and associates argued with men from outside the neighborhood at a liquor store at 15917 West 7 Mile Road in Brightmoor. Chattam (in the black hooded sweatshirt) grabbed a gun and shot at the outsiders as they drove away in a vehicle. The last minutes of the episode are on this video (audio with the fired shots is at the end).



Chattam did not hit his intended target—he shot a random bystander ("E.M.") who was nearby just to pick up some food. Here are excerpts from the police report.

| Jacket #16-CI-8-197 | CRIMINAL INVESTIGATIONS | Complaint #1603270026 |
|---|---|---|
| DETROIT POLICE DEPARTMENT | INVESTIGATOR'S REPORT | DATE 04/28/2016 |

| IN CUSTODY | DEFENDANT NAME | ADDRESS WITH ZIP CODE | AGE | SEX | RACE | D.O.B. | |
|---|---|---|---|---|---|---|---|
| YES / NO | | | | | | | |
| X | CHATTAM, ANDRE | | | | | | |

| TIME | DATE OF OFFENSE | PLACE OF OFFENSE | DATE OF COMPLAINT | COURT FILE NUMBER | JACKET NUMBER |
|---|---|---|---|---|---|
| 1:30AM | 03-27-16 | F/O 15917 W 7 MILE | 03-27-16 | 1603270026 | 16-CI-8-197 |

| COMPLAINANT'S NAME | ADDRESS WITH | ZIP CODE | SEX | AGE | D.O.B. | RACE | RELATION TO DEFENDANT: UNK |
|---|---|---|---|---|---|---|---|
| M | | | | | | | |

OTHER PENDING CHARGES

COMPLAINANT'S PHONE

PERSON TO SIGN

ASSISTANT PROSECUTING ATTORNEY

Description of Offense and Investigation: include Date, Time and Circumstance of Arrest and Medical Attention administered to Officers, Defendants and Complainants. Continue on Page 2 if necessary.

**CIRCUMSTANCES:**

On the above date and time PO Latasha Adams and PO Todd Hutchison were on routine patrol in the area of Mcnichols and Meyers and were flagged down by the above complainant stating that he had been shot. Complainant states that he was outside at the above location going to pick up some food when he heard some shots fired and felt a pain in his arm. When the complainant looked in the area of were the shots came from he saw a light skinned black male in a black hoodie and black pants standing in the parking lot of Telkaif Party Store (15935 W 7 Mile) holding a gun but due to the distance he could not see the shooters face.

On 3-27-16 I went to 15935 W 7 Mile and reviewed there surveillance video at the time of the shooting. Upon reviewing the footage I was able to see that the shooting had been captured by their system. The person who did the shooting was wearing a black hoodie, black pants, and all black gym shoes. A short time prior to the shooting four males pulled up to the party store in a grey sedan and entered the store. The above complainants were all captured on the surveillance video. Defendant #1 clothing and shoes matched the same clothing that the shooter had on. All above defendants left in the same vehicle that they came in together after defendant #1 fired several shots in the direction that the complainant was in and striking him once in the arm.

I released the surveillance footage to the media asking for the public's help to identify the above defendants. On _____ I received information from a crime stoppers tip identifying the above three defendants and stating that all defendants were members of the YNS gang

REVIEWED AND APPROVED BY

(SIGNATURE OF INVESTIGATING OFFICER)
PO Marcus Ways, badge 899

(Signature of Commanding Officer)    District or Bureau

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No: [REDACTED]
Report No: [REDACTED]
Report Date: 3/27/2016

| | | | | | |
|---|---|---|---|---|---|
| Subject: | 08-08-1205- SHOOTING REPORT | | | | |
| Case Report Status | A - APPROVED | Date Entered | 3/27/2016 2:24:08 AM | Reporting Officer | 239052 - ADAMS, LATASHA |
| County | 82 - WAYNE | Entered By | 239052 - ADAMS, LATASHA | | |
| City/Township | 99 - DETROIT | Date Verified | 3/28/2016 9:30:34 AM | | |
| | | Verified By | 234338 - HANUS, KEVIN | Assisted By | 233087 - HUTCHISON, TODD |
| Occurred On (and Between) | 3/26/2016 1:30:00 AM | Date Approved | 3/28/2016 1:38:13 PM | | |
| | | Approved By | 231030 - BALL, MARCELLUS | | |
| Location | 15917 W. 7MILE RD | Connecting Cases | | Assist Agency | |
| CSZ | | Disposition | ACTIVE | | |
| Census/Geo Code | 0000 | Tactical Actions | | | |
| Grid | NW1 - 0601 | Clearance Reason | | | |
| Call Source | | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | 8TH PRECINCT | | |
| Vehicle Traveling | | Notified | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

**Report Narrative**

12-5
PO L. ADAMS #2010
PO T. HUTCHISON #2906

A- NONE

S- FLAG DOWN IN THE AREA OF MCNICHOLS AND MEYERS FOR VICTIM WITH GSW.

C- MY PARTNER AND I IN FULL UNIFORM AND FULLY MARKED SCOUT CAR WAS FLAGGED DOWN IN THE AREA OF MCNICHOLS AND MEYERS BY DRIVER (W-1) [REDACTED] B/M/25 WHO STATED THE PASSENGER (VICTIM) B[REDACTED] M[REDACTED] B/M/23 HAD BEEN SHOT AND THEY NEED TO KNOW WHERE THE HOSPITAL IS. SCOUT ADV ABV TO FOLLOW SCOUT AT WHICH TIME SCOUT MADE SINAI- GRACE HOSPITAL.

W-1 STATED THAT HE WAS DRIVING THE VICTIM VEH [REDACTED] W-1 STATED HE WAS PARKING THE VEH IN FRONT OF THE FAT BOYZ RESTAURANT AT 15917 W. 7MILE RD, WHEN HE HEARD A HORN BLOW. W-1 STATED HE IGNORED THE HORN AND DOES NOT KNOW WHAT VEH THE HORN CAME FROM AND CONTINUED TO PARK THE VEH. W-1 STATED AS HE, THE VICTIM AND REAR PASSENGER W-2 [REDACTED] B/M/26 WERE EXITING THE ABV VEH, HE HEARD APPOX 7 SHOTS FIRED. W-1 STATED VICTIM GOT BACK IN THE ABV VEH AND STATED " I GOT HIT!" W-1 STATED HE OBSERVED THE VICTIM BLEEDING AT WHICH TIME HE DROVE AWAY FROM THE ABV LOCATION TOWARD THE HOSPITAL. W-1 STATED THAT HE WAS NOT SURE WHERE THE HOSPITAL WAS, W-1 FLAGGED SCOUT DOWN, SCOUT ADV HIM TO FOLLOW US TO GRACE HOSPITAL. W-1 STATED THAT HE DID NOT SEE THE PERP AND WAS UNABLE TO GIVE A DESCRIPTION OF THE PERP AT THIS TIME.

VICTIM WAS SHOT 1X IN THE LEFT ARM, [REDACTED] COND STABLE, TREATED BY DR. EGGERS. SCOUT UNABLE TO TALK TO VICTIM AT THIS TIME DUE TO HIM RECEIVING MEDICAL TREATMENT.

NOTIFIED CIB T/T JAMERSON, NW DESK SGT TORRES, N/C SGT HOWARD, CRIME INTEL ANALYST CHAMPAGNE. SCOUT ALSO NOTIFIED DISPATCH OF SCENE LOCATION AND STOOD BY AT GRACE FOR SHOOTING TEAM CODE # 3329 TO MAKE LOCATION.

O- I OBSERVED THE VICTIM WEARING A BLK SHIRT, BLUE JEANS, AND TAN BOOTS BLEEDING FROM THE LEFT ARM.

T- NONE.

**Offense Detail: 1351 - SHOOTING-NON FATAL**

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 1351 - SHOOTING-NON FATAL | | | | |
| IBR Code | 13A - AGGRAVATED ASSAULT | Location | 13 - HIGHWAY/ROAD/ALLEY | No. Prem. Entered | |
| IBR Group | A | Offense Completed? | YES | Entry Method | |
| Crime Against | PE | Hate/Bias | 00 - NONE (NO BIAS) | Type Security | |
| Offense File Class | 13002 - AGGRAVATED/FELONIOUS ASSAULT | Domestic Violence | NO | | |

**Report Narrative**

PO JOSEPH WEEKLEY, BADGE # 3929, ASSIGNED TO THE AUDIO VIDEO EVIDENCE RESPONSE TEAM ON MARCH 29, 2016, I WENT OVER TO 15935 W. 7 MILE (TELKAIF PARTY STORE) AND T/T OWNER [REDACTED] OF SAME WHO ALLOWED ME TO VIEW AND EXTRACT VIDEO EVIDENCE.
ADDITIONAL INFORMATION: I CREATED A SEPARATE VIDEO FILE BY SCREEN CAPTURING THE INCIDENT OFF OF THE ORIGINAL VIDEO PLAYER. THE VIDEOS WERE RECORDED AT (10 FRAMES PER SECOND) AND THE SCREEN ASPECT RATIO WAS 1.33, STANDARD DIMENSION (4:3). I ALSO INCLUDED PICTURE STILLS OFF OF THE ORIGINAL PLAYER THAT WERE CAPTURED WITH "SNAG IT" SOFTWARE. I PLACED ONE DISK (DVD-R) ON EVIDENCE.
SYSTEM INFORMATION: STAND ALONE DVR-MODEL-GEOVISION 800 P.C. THE SYSTEM IS EQUIPPED WITH 16 CAMERAS WHICH WERE ALL BUT # 14 WAS FUNCTIONAL AT THE TIME OF THE EXTRACTION PROCESS. THE SYSTEM TIME WAS THE "ACTUAL TIME."

### Chattam and YNS sell drugs

YNS existed for the purpose of enriching its members through unlawful means. (Rule 11, ¶ 1.C). Members of YNS, including the defendant, engaged in drug trafficking and earned substantial revenues from drug sales. (*Id.*). YNS members sold drugs including marijuana, cocaine, cocaine base, heroin, and prescription pills. (*Id.*). The gang frequently used vacant houses as bases of operation for drug sales, referring to such locations as "trap houses" and stocking them with firearms, ammunition, YNS paraphernalia, and large quantities of narcotics. (*Id.*). Chattam admitted to two specific instances in the Rule 11 Agreement. This was a common part of YNS's approach to selling drugs in Brightmoor. Here a few examples of Chattam using social media for this purpose. Posting photos drugs and paraphernalia.



Holding a handgun with several other armed YNS members in a trap house.







*Chattam and YNS promoted their brand*

YNS used traditional gang promotion methods like tattoos (Chattam has "BMG," "YNS," and "The MOB," PSR ¶ 82) and tagging ("Y.N.S. the MOB" and "BMG").





But Chattam and YNS "used numerous means to publicize the gang and their affiliation with it." (Rule 11, ¶ 1.C). These included "extensive promotion of the gang on the internet[.]" (*Id.*). Chattam (and YNS's) social media use throughout the duration of the racketeering conspiracy included numerous similar posts.

Here is a discussion where Chattam explained that "BrightMo Ant"—the same person from the above 2015 robbery thread—could get down with YNS "da Mob" by and through Chattam.

> **Recipients** Real Bigman (100000197430197)
> BrightMo Ant (100007388552119)
> **Author** BrightMo Ant (100007388552119)
> **Sent** 2015-04-29 04:51:56 UTC
> **Deleted** false
> **Body** I ain't going to play I wanna get down with da. Mob
>
> **Recipients** Real Bigman (100000197430197)
> BrightMo Ant (100007388552119)
> **Author** BrightMo Ant (100007388552119)
> **Sent** 2015-04-29 04:52:45 UTC
> **Deleted** false
> **Body** Tell me how I get down you run da shit your bro da Manz so what's up nigga
>
> **Recipients** BrightMo Ant (100007388552119)
> Real Bigman (100000197430197)
> **Author** Real Bigman (100000197430197)
> **Sent** 2015-04-29 04:56:27 UTC
> **Deleted** false
> **Body** Just fuck with me u gonna be good nigga fr u kno dat fool I been told you to come fuck with me foo a what's up with girly what's her name

### III. Advisory Sentencing Guideline

The parties agreed in the Rule 11 that Chattam's guideline range was 292 to 365 months—based on a total offense level of 40 and a criminal history category I. (Rule 11, Guideline Worksheet D). The probation department found a lower total offense level of 38 and the same criminal history category. (PSR ¶¶ 53). This gives a guideline range of 262 to 327 months. (*Id.*, ¶ 93). The Rule 11 caps the sentence at 300 months. (*Id.*).

### IV. Sentencing Guideline and other 3553(a) factors

Congress has provided, through 18 U.S.C. § 3553(a), the relevant objectives and factors to be considered by sentencing courts in imposing a "sentence sufficient, but not greater than necessary." Those objectives are: (1) the nature and circumstances of the offense, and the history and characteristics of the defendant; (2) the need for a sentence to reflect the basic aims of sentencing (including retribution, deterrence, incapacitation,

14

and rehabilitation); (3) the kinds of sentences legally available; (4) the Sentencing Guidelines; (5) Sentencing Commission policy statements; (6) the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need for restitution. The most relevant factors are evaluated below.

**A.      The advisory guideline range**

The advisory Guidelines remain an important factor in sentencing. "[I]t is fair to assume that the Guidelines . . . reflect a rough approximation of sentences that might achieve section 3553(a)'s objectives." *United States v. Rita*, 551 U.S. 338, 345 (2007). A district court should begin sentencing proceedings by correctly calculating the guidelines. *United States v. Gall*, 128 S. Ct. 586, 596 (2007).

**B.      Nature and circumstances of the offense, and the history and characteristics of the offender, 18 U.S.C. § 3553(a)(1)**

  **1.      Nature of the offense**

YNS is a violent street gang. Chattam is a longtime member. With his help, YNS purposefully developed a reputation for ruthless violence by committing violent acts. YNS's violent domination of the neighborhood caused Brightmoor residents to live in fear of shootings, robberies, beatings, and arson. YNS forced the community to endure violence, and the regular use of neighborhood businesses and residences as drug markets, because the gang will not tolerate interference with its members' revenues or threats to its dominance in Brightmoor.

Like all YNS members, Chattam is responsible for the foreseeable acts committed by the other members in advancement of the conspiracy. *United States v. Nicholson*, 716

15

F. App'x 400, 409 (6th Cir. 2017), c*ert. denied*, 138 S. Ct. 1337 (2018) (applying *Pinkerton v. United States*, 328 U.S. 640, 646-48, (1946) to RICO coconspirators). *See also United States v. Corrado*, 286 F.3d 934, 937 (6th Cir. 2002) (in a "RICO enterprise . . . 'the supporters are as guilty as the perpetrators . . . so long as they share a common purpose, conspirators are liable for the acts of their co-conspirators.'") (quoting *Salinas v. United States*, 522 U.S. 52, 63-64 (1997)).

But just two of Chattam's violent episodes illustrate—his party store shooting and the murder—YNS's devastating effect. These are exactly the harms that "contribut[e] to the economic and social decline of [gang-dominated] neighborhoods" and "caus[e] fear and lifestyle changes among law-abiding residents." *City of Chicago v. Morales*, 527 U.S. 41, 98-99 (1999) (Thomas, J. dissenting) (quoting U.S. Dept. of Justice, Office of Justice Programs, Bureau of Justice Assistance, Monograph: Urban Street Gang Enforcement 3 (1997)). "Gangs fill the daily lives of many of our poorest and most vulnerable citizens with a terror . . . often relegating them to the status of prisoners in their own homes." *Id.* (citing U.S. Dept. of Justice, Attorney General's Report to the President, Coordinated Approach to the Challenge of Gang Violence: A Progress Report 1 (Apr.1996)) ("[For] the families who are hostages within their homes, living in neighborhoods ruled by predatory drug trafficking gangs, the harmful impact of gang violence . . . is both physically and psychologically debilitating"). As the PSR noted, "YNS terrorized and violated the Brightmoor neighborhood for years. In addition, narcotics trafficking destroys neighborhoods and communities with the violence and addictions it brings." PSR ¶ 110.

The residents of Brightmoor were the primary victims of YNS's violent dominion throughout the charged decade-long racketeering conspiracy. This a vulnerable neighborhood that has suffered tremendous population loss and is one of the poorest neighborhoods in Detroit.[1] One 2016 article noted the contrast between the developing areas of Detroit and Brightmoor and found that "[e]ven with a depleted population, crime is still a big issue in this neighborhood[.]"[2] Chattam's conduct, and of the gang members under his leadership, contributed directly to Brightmoor's high crime rate and its status as "arguably one of the most blighted areas in Detroit."[3] Brightmoor residents have reason to worry that they "could become a throwaway community."[4]

### 2. History and characteristics

Chattam pleaded guilty to a RICO conspiracy centered on drug distribution and violence. He sold drugs to make money.

---

[1] *See* Data Driven Detroit, *Brightmoor Neighborhood Profile* (April 2012). https://ssw.umich.edu/sites/default/files/documents/research/projects/good-neighborhoods/brightmoor-profile-2013-081913.pdf

[2] *See* "*Detroit's most dangerous neighborhoods still struggling during city's comeback*" (February 17, 2016). https://www.mlive.com/news/index.ssf/2016/02/detroits_most_dangerous_neighb.html

[3] *See* "*Detroit area's battle with blight may be key to survival*" (July 25, 2013). https://www.reuters.com/article/us-usa-detroit-blight/detroit-areas-battle-with-blight-may-be-key-to-survival-idUSBRE96O02T20130725

[4] *See id.*

His gang's crimes extended far beyond drug trafficking. YNS "engaged in violence by . . . committing assaults and arsons" and "promote[d] its violent reputation through social media posts[.]" (Rule 11, ¶ 1.C). And YNS has committed a host of violent crimes, including murder, robbery, and arson. (R. 169: Third Superseding Indictment). Chattam admitted to his involvement in two shootings—one as a shooter, one as a getaway driver.

In addition to those crimes, police arrested Chattam thirteen times. (*Id.*, ¶¶ 61-72). Five times for drugs, three times for entering a vacant building without permission, twice for loitering, and for obstruction. (*Id.*). These are all prototypical gang activities involving selling drugs from the street or vacant houses. Of all these arrests and shootings, Chattam managed to get by with only one conviction.

That is his 2010 CCW conviction (discussed above) when police caught Chattam with a loaded .357 after responding to shots fired. (PSR ¶ 55). On June 30, 2010, the judge sentenced him to probation with special conditions. (*Id.*). Chattam violated almost every condition of his probation—including Alternative Work Force and community service. (*Id.*). On May 1, 2012, the court issued a violation of probation warrant. (*Id.*). On July 10, 2012, Chattam failed to appear for his violation hearing. (*Id.*). The court revoked his bond and his probation, and sentenced him to 21 days in jail. (*Id.*).

**C.     Seriousness of the offense, promoting respect for law, and providing just punishment, 18 USC § 3553(a)(2)(A)**

The advisory guidelines create a range so the courts can sentence similar defendants appropriately based upon the severity of their conduct. Chattam is a self-proclaimed member of one of Detroit's most violent street gangs. He was not at the top

of the gang but was involved in serious violence including multiple shootings—one hit a random bystander and the other person was murdered by YNS during an armed robbery.

**D.     Adequate deterrence and protecting the public from further crimes of the defendant, §3553(a)(2)(B) and (C)**

Deterrence is especially important in this case. In the past, courts gave Chattam breaks, with a short sentence and probation. He responded by violating probation and committing new crimes while Brightmoor suffered. The court should impose a sentence that protects the public generally—and the people of Brightmoor specifically. The court should finally deter Chattam from guns, shootings, and his role in the decade-long YNS criminal enterprise.

**V.     Conclusion**

The government recommends that the Court impose a sentence to reflect the real damage Chattam and YNS caused to their victims and the community.

                                              Matthew Schneider
United States Attorney

*s/Jerome F. Gorgon Jr.*
JEROME F. GORGON JR.
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9676
jerome.gorgon@usdoj.gov

Dated: October 23, 2019

## Certificate of Service

I hereby certify that on October 23, 2019, I electronically filed the foregoing document under seal with the Clerk of the Court and will provide a copy of such filing to the attorneys of record, Keith Spielfogel, Henry Scharg, and Warren Harris.

*/s Jerome F. Gorgon Jr.*
JEROME F. GORGON JR.
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9676
jerome.gorgon@usdoj.gov